1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>                Plaintiff,<br><br>vs.<br><br>NANO BANC, a California corporation; ROBERT HASLER, an individual; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.:  5:19-cv-02092-JGB-SHKx<br><br>**ORDER GRANTING THE PARTIES' STIPULATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER**<br><br><br>Current Trial Date:  April 30, 2024<br>New Trial Date:       September 17, 2024 |

**ORDER**

Having considered Plaintiff Axos Bank's ("Axos" or "Plaintiff"), Defendant Nano Banc's, Defendant Robert Hasler's, Defendant Mark Troncale's, and Defendant Shelby Pond's (collectively, the "Defendants") (jointly with Axos, the "Parties") Joint Stipulation and Request for Order Modifying the Trial Scheduling Order (the "Stipulation") and good cause appearing, **IT IS HEREBY ORDERED** that the dates set forth in the Court's Scheduling Order entered on November 29, 2023 (Docket Entry, 115) are modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline for the Designation of Rebuttal Expert Witnesses | February 16, 2024 | April 18, 2024 |
| Expert Discovery Cut-Off (including expert depositions) | March 1, 2024 | May 13, 2024 |
| Dispositive Motion Hearing Cut-Off (with at least 35 days' notice required for any such motions) | April 15, 2024 | August 5, 2024 |
| Final Pre-Trial Conference | April 15, 2024 at 11:00 a.m. | September 9, 2024 at 11:00 a.m. |
| Jury Trial | April 30, 2024 at 9:00 a.m. | September 17, 2024 at 9:00 a.m. |

**IT IS FURTHER ORDERED** as follows:

1. Should Defendants fail to produce their expert report (from Mr. Clark or any other expert) on or before April 18, 2024, Axos may move to preclude Defendants from relying on any expert (including but not limited to Mr. Clark) and any expert report (including but not limited to a report by Mr. Clark), whether at trial, in a dispositive motion, or otherwise, and Plaintiff may move to preclude Defendants from substituting any different expert witness in place of Mr. Clark or otherwise calling any other person as an expert witness at trial or in support of any motion.  Absent extraordinary circumstances, Defendants shall not oppose any such motion;

2. Axos shall have the right to produce a supplemental expert report, if necessary, within two (2) weeks of the receipt of Defendants' expert report;

1
**ORDER**

3. Mr. Hasler shall sit for a further day of deposition, limited in scope to the topic(s) on which the Parties have already agreed;

4. Mr. Troncale will sit for a further day of deposition individually and as Nano Banc's 30(b)(6) designee. Mr. Troncale shall be properly educated on the 30(b)(6) topics prior to such deposition, and Defendants' counsel shall confirm that he has been so educated in writing prior to such deposition. In the alternative, Defendants may designate a different 30(b)(6) witness for deposition, who Defendants will similarly confirm, in writing and in advance of such deposition, has been properly educated to testify as to the 30(b)(6) topics. If neither Mr. Troncale nor any other designee are produced with a proper education and ability to testify as to any of the 30(b)(6) topics, Axos may move to preclude Nano Banc from offering testimony regarding those topics at trial on direct examination by Defendants. Absent extraordinary circumstances, Defendants shall not oppose any such motion;

5. If any disputes should arise during the above-described depositions, the Parties can present such issues to the assigned Magistrate Judge and, if appropriate/applicable, the impacted deponent will be ordered to sit for a further deposition, and the assigned Magistrate Judge has the power to hear and decide such motions; and

6. Dispositive Motions shall only be filed after the close of Expert Discovery, the service of all expert reports, the depositions of all experts, and the conclusion of the depositions of Mr. Hasler, Mr. Troncale, and Nano Banc's 30(b)(6).

**IT IS SO ORDERED.**

Date: March 19, 2024

Honorable Jesus G. Bernal
United States District Judge