**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Lauren E. Elvick (SBN 348619)
lauren.elvick@klgates.com

Attorneys for Plaintiff
AXOS BANK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>Plaintiff,<br><br>vs.<br><br>NANO BANC, a California corporation; ROBERT HASLER, an individual; MARK TRONCALE, an individual; SHELBY POND, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-02092-JGB-SHKx<br><br>[Assigned to the Hon. Jesus G. Bernal]<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING EXPERT DISCOVERY CUTOFF; [PROPOSED] ORDER** |

**STIPULATION AND REQUEST FOR ORDER EXTENDING EXPERT DISCOVERY CUTOFF**

Plaintiff Axos Bank ("Axos" or "Plaintiff"), Defendant Nano Banc ("Nano"), Defendant Robert Hasler ("Hasler"), Defendant Mark Troncale ("Troncale"), and Defendant Shelby Pond[1] ("Pond") (collectively, the "Defendants") (inclusively of Axos, the "Parties") respectfully submit this Stipulation and Request for Order Modifying the Scheduling Order (DE 120) To Continue to Expert Discovery Cut-Off with reference to the following facts:

WHEREAS, due to complications arising out of the COVID-19 pandemic, settlement discussions and efforts, the addition of Hasler as a defendant in October 2021, and related matters, the Parties have previously jointly requested modification of the trial scheduling order on twelve occasions, which this Court granted on September 2, 2020 (DE 29), November 24, 2020 (DE 31), January 15, 2021 (DE 33), May 12, 2021 (DE 35), August 13, 2021 (DE 37), October 15, 2021 (DE 42), April 7, 2022 (DE 52), September 27, 2022 (DE 59), January 25, 2023 (DE 70), September 14, 2023 (DE 112); November 29, 2023 (DE 115); and March 19, 2024 (DE 120).

WHEREAS, the current Expert Discovery Cut-Off (including expert depositions) is set at May 13, 2024;

WHEREAS, the Parties have cooperated through the expert discovery process and have met and conferred to find mutually acceptable dates of deposition for their respective experts;

WHEREAS, during the time period set aside for expert depositions, Plaintiff's counsel experienced unavailability due to medical concerns;

WHEREAS, due to the availability of counsel and Defendants' expert, Defendants' expert's deposition could not occur before the current May 13, 2024 cut-off; and

WHEREAS, the Parties have met and conferred and have agreed to conduct the deposition of Defendants' expert during the week of May 20, 2024;

---

[1] Since the filing of this lawsuit, Shelby Pond has changed her name to Shelby Martello. As she was sued under her former name, and that is the way she still appears on the docket, the Parties refer to her as Shelby Pond.

1
**STIPULATION AND REQUEST FOR ORDER EXTENDING EXPERT DISCOVERY CUTOFF**

NOW THEREFORE, good cause appearing, the Parties, by and through their respective counsel of record hereby stipulate and respectfully request the Court enter an order as follows:

1. The Expert Discovery Cut-Off (including expert depositions) be set at May 27, 2024.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Zachary T. Timm attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 21, 2024

By: /s/ Zachary T. Timm

Christina N. Goodrich
christina.goodrich@klgates.com
Zachary T. Timm
zach.timm@klgates.com
K&L Gates LLP

*Attorneys for Plaintiff Axos*

By: /s/ Isaac R. Zfaty

Isaac R. Zfaty
izfaty@muchlaw.com
Jonathan D. Yank
jyank@muchlaw.com
Cameron Sousa
Csousa@muchlaw.com
Much Shelist, P.C.

*Attorneys for Defendants Nano Banc, Robert Hasler, Mark Troncale, and Shelby Pond*