# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NANO BANC, a California corporation; ROBERT HASLER, an individual; MARK TRONCALE, an individual; SHELBY POND, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:19-cv-02092-JGB-SHKx<br><br>**ORDER GRANTING THE PARTIES' STIPULATION AND REQUEST FOR ORDER EXTENDING EXPERT DISCOVERY CUTOFF**<br><br>[Assigned to the Hon. Jesus G. Bernal, Courtroom 1]<br><br>Trial Date:　　September 17, 2024 |

Having considered Plaintiff Axos Bank's ("Axos" or "Plaintiff"), Defendant Nano Banc's, Defendant Robert Hasler's, Defendant Mark Troncale's, and Defendant Shelby Pond's (collectively, the "Defendants") (jointly with Axos, the "Parties") Joint Stipulation and Request for Order Modifying the Scheduling Order (DE 120) To Continue to Expert Discovery Cut-Off (the "Stipulation") and good cause appearing, **IT IS HEREBY ORDERED** that the dates set forth in the Court's Scheduling Order entered on November 29, 2023 (Docket Entry, 120) are modified as follows:

The Expert Discovery Cut-Off (including expert depositions) is continued from May 13, 2024, to May 27, 2024. All other dates and items remain the same.

**IT IS SO ORDERED.**

Date: May 23, 2024

Honorable Jesus G. Bernal
United States District Judge