# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>Plaintiff,<br><br>v.<br><br>NANO BANC, a California corporation; ROBERT HASLER, an individual; MARK TRONCALE, an individual; SHELBY POND, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-02092-JGB-SHKx<br><br>[Assigned to the Hon. Jesus G. Bernal]<br><br>**ORDER GRANTING PLAINTIFF AXOS BANKS'S EX PARTE APPLICATION TO SHORTEN TIME TO NOTICE AND HEAR MOTION TO EXCLUDE IMPROPERLY DISCLOSED WITNESSES**<br><br>Trial: April 22, 2025 |

**ORDER**

Having considered Plaintiff Axos Bank's ("Plaintiff" or "Axos") Ex Parte Application to Shorten Time to Notice and Hear its Motion to Exclude Improperly Disclosed Witnesses (Dkt. No. 234) and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Axos' Motion to Exclude Improperly Disclosed Witnesses (Dkt. No. 232) will be heard on April 7, 2025 at 11:00 a.m. Defendants' deadline to file opposition papers is April 2, 2025. Axos' deadline to file a reply is April 4, 2025.

**IT IS SO ORDERED**.

Date: March 28, 2025

Honorable Jesus G. Bernal
United States District Judge