UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  **5:19-cv-02092-JGB-SHK**                                                Date: March 31, 2025

Title  **Axos Bank v. Nano Banc, et al**

Present: The Honorable:  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Rebecca Camacho | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Christina N. Goodrich
Zachary T. Timm
Rebecca I. Makitalo
Lauren E. Elvick
Connor J. Meggs

Attorneys Present for Defendants:

Isaac Raymond Zfaty
Jonathan Yank

**Proceedings: Pretrial Conference**

Pretrial conference is held.  Court and counsel confer regarding trial procedure.

The Court orders counsel to submit proposed disputed and undisputed jury instructions no later than April 7, 2025.

The Court schedules a further pretrial conference for April 14, 2025, at 11:00 AM.

**IT IS SO ORDERED.**

00:45

**Initials of Preparer**   rc