# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>Plaintiff,<br><br>vs.<br><br>NANO BANC, a California corporation, *et al.*,<br><br>Defendants. | Case No.: 5:19-cv-02092-JGB-SHKx<br><br><br>**SPECIAL VERDICT FORM**<br><br><br>Jury Trial:      April 22, 2025 |

## SPECIAL VERDICT FORM

**Instructions:** When answering the following questions and filling out this Special Verdict Form, please follow the directions provided. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions provided to you. Please refer to the Jury Instructions if you are unsure about the meaning of any legal term that appears in the questions below.

## JURY VERDICT

We, the jury in the above-entitled action, unanimously find by a preponderance of the evidence, the following with regard to the causes of action brought by Plaintiff Axos Bank:

---

**SPECIAL VERDICT FORM**

Answer the questions in all sections below. The following defined terms are used: Plaintiff Axos Bank ("Axos"), Defendants Nano Banc ("Nano"), Robert Hasler ("Hasler"), Mark Troncale ("Troncale"), and Shelby Martello ("Martello") (collectively, "Defendants"). Then, the foreperson of the jury must sign and date this verdict form at the bottom. Unless otherwise indicated, each question should be answered based on a preponderance of the evidence.

## I.    CLAIM 1: AXOS BANK'S CLAIM FOR MISAPPROPRIATION OF TRADE SECRETS (18 U.S.C. § 1836) AGAINST ALL DEFENDANTS

1. Did Axos Bank ("<u>Axos</u>") prove, by a preponderance of the evidence, that it possessed one or more trade secrets?

____X____ Yes  _____ No

If your answer to question 1 is "Yes," then answer questions 2, 3, and 4. If your answer to question 1 is "No," then stop here and move to Section II (Claim 2).

2. Did any of the Defendants listed below misappropriate Axos' trade secret(s) by acquisition?

| | | |
|---|---|---|
| Nano | __X__ Yes | ____ No |
| Hasler | __X__ Yes | ____ No |
| Troncale | __X__ Yes | ____ No |
| Martello | __X__ Yes | ____ No |

1

**SPECIAL VERDICT FORM**

3. Did any of the Defendants listed below misappropriate Axos' trade secret(s) by disclosure?

| Nano | _____ Yes __X__ No |
|---|---|
| Hasler | __X__ Yes _____ No |
| Troncale | _____ Yes __X__ No |
| Martello | __X__ Yes _____ No |

4. Did any of the Defendants listed below misappropriate Axos' trade secret(s) by use?

| Nano | _____ Yes __X__ No |
|---|---|
| Hasler | _____ Yes __X__ No |
| Troncale | _____ Yes __X__ No |
| Martello | _____ Yes __X__ No |

If your answer to one or more of questions 2, 3, or 4 is "Yes" as to any Defendant, then answer question 5 as to that Defendant. If you answered "No" to questions 2, 3, and 4 as to all Defendants, then stop here, and move on to Section II (Claim 2).

5. Did the misappropriation cause or threaten damage to Axos?

| Nano | __X__ Yes _____ No |
|---|---|
| Hasler | __X__ Yes _____ No |
| Troncale | __X__ Yes _____ No |
| Martello | __X__ Yes _____ No |

If your answer to question 5 is "Yes" as to any Defendant, then answer questions 6 and 7 as to that Defendant. If you answered "No" as to all Defendants, stop here, and move on to Section II (Claim 2).

2

**SPECIAL VERDICT FORM**

6. What are Axos' damages for lost profits?

| Against Nano | $ 7 million |
| Against Hasler | $ 5 million |
| Against Troncale | $ 7 million |
| Against Martello | $ 1 million |

7. What are Axos' damages for unjust enrichment?

| Against Nano | $ 7 million |
| Against Hasler | $ 5 million |
| Against Troncale | $ 7 million |
| Against Martello | $ 1 million |

<u>For each Defendant that you assigned damages, answer question 8.</u>

8. Was Defendants' misappropriation of Axos's trade secret(s) willful and malicious?

| Nano | X Yes ____ No |
| Hasler | X Yes ____ No |
| Troncale | X Yes ____ No |
| Martello | X Yes ____ No |

3

**SPECIAL VERDICT FORM**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## II.   CLAIM 2: AXOS BANK'S CLAIM FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS AGAINST ALL DEFENDANTS

1. Did Axos prove, by a preponderance of the evidence, that it had a contract(s) with any customer(s)?

   ___X___ Yes _____ No

If your answer to question 1 is "Yes," then answer question 2.   If your answer to question 1 is "No," then move on to question 9 of this Section II (Claim 2).

2. Did one or more of the Defendants know of Axos' contract(s) with its customer(s)?

| Nano | ___X___ Yes _____ No |
|---|---|
| Hasler | ___X___ Yes _____ No |
| Troncale | ___X___ Yes _____ No |
| Martello | ___X___ Yes _____ No |

If your answer to question 2 is "Yes" as to any Defendant, then answer question 3 as to that Defendant.  If you answered "No" as to all Defendants, then move on to question 9 of this Section II (Claim 2).

3. Did the conduct of one or more of the Defendants interfere with Axos's contract(s) with its customer(s), such that performance was prevented or made more expensive or difficult?

| Nano | ___X___ Yes _____ No |
|---|---|

4

**SPECIAL VERDICT FORM**

| Hasler | ✗ Yes _____ No |
| Troncale | ✗ Yes _____ No |
| Martello | ✗ Yes _____ No |

If your answer to question 3 is "Yes" as to any Defendant, then answer question 4 as to that Defendant.  If you answered "No" as to all Defendants, then move on to question 9 of this Section II (Claim 2).

4.  Did one or more of the Defendants intend to disrupt the performance of the contract(s) between Axos and the customer(s) or did Defendants know that disruption of performance of the contract was certain or substantially certain to occur following Defendants' conduct?

| Nano | | ✗ Yes _____ No |
| Hasler | | ✗ Yes _____ No |
| Troncale | | ✗ Yes _____ No |
| Martello | | ✗ Yes _____ No |

If your answer to question 4 is "Yes" as to any Defendant, then answer question 5 as to that Defendant.  If you answered "No" as to all Defendants, then move on to question 9 of this Section II (Claim 2).

5.  Was Axos damaged as a result of Defendants' conduct?

| Nano | ✗ Yes _____ No |
| Hasler | ✗ Yes _____ No |
| Troncale | ✗ Yes _____ No |
| Martello | ✗ Yes _____ No |

**SPECIAL VERDICT FORM**

If your answer to question 5 is "Yes" as to any Defendant, then answer question 6 as to
that Defendant.  If you answered "No" as to all Defendants, then move on to question
9 of this Section II (Claim 2).

6. Was the conduct of one or more of the Defendants a substantial factor in causing
Axos' harm?

| Nano | X Yes _____ No |
| Hasler | X Yes _____ No |
| Troncale | X Yes _____ No |
| Martello | X Yes _____ No |

If your answer to question 6 is "Yes" as to any Defendant, then answer question 7 as to
that Defendant.  If you answered "No" as to all Defendants, then move on to question
9 of this Section II (Claim 2).

7. What are Axos' damages?  Plaintiff seeks the same amount of damages for this
Claim as requested in the previous Claim, but under a different theory of liability.
You may find damages under this theory even if you found no damages for a prior
theory.  If you decide to award damages for this Claim, and you also decided to
award damages for a previous Claim, Plaintiff will not receive a double recovery.

| Against Nano | $ 7 million |
| Against Hasler | $ 5 million |
| Against Troncale | $ 7 million |
| Against Martello | $ 1 million |

For each Defendant that you assigned damages, answer question 8.

6

**SPECIAL VERDICT FORM**

8. Did Defendants engage in the conduct with malice, oppression, or fraud by clear
and convincing evidence?

| Nano | X Yes _____ No |
|---|---|
| Hasler | X Yes _____ No |
| Troncale | X Yes _____ No |
| Martello | X Yes _____ No |

9. Did Axos prove, by a preponderance of the evidence, that it had a contract(s) with
any of Hasler, Martello, and/or Fortney?

_____ X Yes _____ No

If your answer to question 9 is "Yes," then answer question 10. If your answer to
question 9 is "No," then stop here, and move on to Section III (Claim 3).

10. Did one or more of the following Defendants know of Axos' contract(s) with
Hasler, Martello, and/or Fortney?

| Nano | _____ Yes X No |
|---|---|
| Troncale | _____ Yes X No |

If your answer to question 10 is "Yes" as to any Defendant, then answer question 11 as
to that Defendant. If you answered "No" as to all Defendants, then stop here, and move
on to Section III (Claim 3).

11. Did the conduct of one or more of the following Defendants interfere with Axos's
contract(s) with Hasler, Martello, and/or Fortney, such that performance was
prevented or performance or was made more expensive or difficult?

| Nano | _____ Yes _____ No |
|---|---|

7

**SPECIAL VERDICT FORM**

| Troncale | _____ Yes _____ No |
|---|---|

If your answer to question 11 is "Yes" as to any Defendant, then answer question 12 as to that Defendant. If you answered "No" as to all Defendants, then stop here, and move on to Section III (Claim 3).

12. Did one or more of the following Defendants intend to disrupt the performance of the contract(s) between Axos and Hasler, Martello, and/or Fortney, or did one or more of the following Defendants know that disruption of performance of the contract was certain or substantially certain to occur following their conduct?

| Nano | | _____ Yes _____ No |
|---|---|---|
| Troncale | | _____ Yes _____ No |

If your answer to question 12 is "Yes" as to any Defendant, then answer question 13 as to that Defendant. If you answered "No" as to all Defendants, then stop here, and move on to Section III (Claim 3).

13. Was Axos damaged as a result of one or more of the following Defendants' conduct?

| Nano | _____ Yes _____ No |
|---|---|
| Troncale | _____ Yes _____ No |

If your answer to question 13 is "Yes" as to any Defendant, then answer question 14 as to that Defendant. If you answered "No" as to all Defendants, then stop here, and move on to Section III (Claim 3).

8

**SPECIAL VERDICT FORM**

14. Was the conduct of one or more of the following Defendants a substantial factor in causing Axos' harm?

| Nano | _____ Yes _____ No |
|---|---|
| Troncale | _____ Yes _____ No |

If your answer to question 14 is "Yes" as to any Defendant, then answer question 15 as to that Defendant.  If you answered "No" as to all Defendants, then stop here, and move on to Section III (Claim 3).

15. What are Axos' damages?  Plaintiff seeks the same amount of damages for this Claim as requested in the previous Claim, but under a different theory of liability. You may find damages under this theory even if you found no damages for a prior theory.  If you decide to award damages for this Claim, and you also decided to award damages for a previous Claim, Plaintiff will not receive a double recovery.

| Against Nano | $ _____ |
|---|---|
| Against Troncale | $ _____ |

For each Defendant that you assigned damages, answer question 16.

16. Did one or more of the following Defendants engage in the conduct with malice, oppression, or fraud by clear and convincing evidence?

| Nano | _____ Yes _____ No |
|---|---|
| Troncale | _____ Yes _____ No |

9

**SPECIAL VERDICT FORM**

**III.    CLAIM 3: AXOS BANK'S CLAIM FOR INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE AGAINST ALL DEFENDANTS**

1.  Did Axos have an economic relationship with customers(s) or prospective customer(s) that probably would have resulted in an economic benefit to Axos?

    __X__ Yes  _____ No

If your answer to question 1 is "Yes," then answer question 2. If you answered "No," then stop here, and move on to Section IV (Claim 4).

2.  Did one or more of the Defendants know of the prospective economic relationship(s)?

| Nano | __X__ Yes _____ No |
|---|---|
| Hasler | __X__ Yes _____ No |
| Troncale | __X__ Yes _____ No |
| Martello | __X__ Yes _____ No |

If your answer to question 2 is "Yes" as to any Defendant, then answer question 3 as to that Defendant. If you answered "No" as to all Defendants, then stop here, and move on to Section IV (Claim 4).

3.  Did one or more of the Defendants engage in wrongful conduct in order to interfere with the prospective economic relationship(s) between Axos and its customer(s) or prospective customer(s)?

| Nano | __X__ Yes _____ No |
|---|---|
| Hasler | __X__ Yes _____ No |

10

**SPECIAL VERDICT FORM**

| Troncale | X Yes _____ No |
|---|---|
| Martello | X Yes _____ No |

If your answer to question 3 is "Yes" as to any Defendant, then answer question 4 as to that Defendant. If you answered "No" as to all Defendants, then stop here, and move on to Section IV (Claim 4).

4. Did one or more of the Defendants intend to disrupt the relationship(s), or know that disruption of the relationship(s) was certain or substantially certain to occur due to their conduct?

| Nano | X Yes _____ No |
|---|---|
| Hasler | X Yes _____ No |
| Troncale | X Yes _____ No |
| Martello | X Yes _____ No |

If your answer to question 4 is "Yes" as to any Defendant, then answer question 5 as to that Defendant. If you answered "No" as to all Defendants, then stop here, and move on to Section IV (Claim 4).

5. Was the relationship between Axos and its customer(s) or prospective customer(s) disrupted as a result of one or more of Defendants' conduct?

| Nano | X Yes _____ No |
|---|---|
| Hasler | X Yes _____ No |
| Troncale | X Yes _____ No |
| Martello | X Yes _____ No |

11

**SPECIAL VERDICT FORM**

If your answer to question 5 is "Yes" as to any Defendant, then answer question 6 as to
that Defendant.  If you answered "No" as to all Defendants, then stop here, and move
on to Section IV (Claim 4).

6. Was Axos damaged?

| Nano | ✗ Yes _____ No |
|------|------------------|
| Hasler | ✗ Yes _____ No |
| Troncale | ✗ Yes _____ No |
| Martello | ✗ Yes _____ No |

If your answer to question 6 is "Yes" as to any Defendant, then answer question 7 as to
that Defendant.  If you answered "No" as to all Defendants, then stop here, and move
on to Section IV (Claim 4).

7. Was the conduct of one or more of the Defendants a substantial factor in causing
   Axos' harm?

| Nano | ✗ Yes _____ No |
|------|------------------|
| Hasler | ✗ Yes _____ No |
| Troncale | ✗ Yes _____ No |
| Martello | ✗ Yes _____ No |

If your answer to question 7 is "Yes" as to any Defendant, then answer question 8 as to
that Defendant.  If you answered no as to all Defendants, then stop here, and move on
to Section IV (Claim 4).

12

**SPECIAL VERDICT FORM**

8. What are Axos' damages?  Plaintiff seeks the same amount of damages for this Claim as requested in the previous Claims, but under a different theory of liability. You may find damages under this theory even if you found no damages for a prior theory.  If you decide to award damages for this Claim, and you also decided to award damages for a previous Claim, Plaintiff will not receive a double recovery.

| Against Nano | $ 7 million |
| Against Hasler | $ 5 million |
| Against Troncale | $ 7 million |
| Against Martello | $ 1 million |

For each Defendant that you assigned damages, answer question 9.

9. Did Defendants engage in the conduct with malice, oppression, or fraud by clear and convincing evidence?

| Nano | ✗ Yes _____ No |
| Hasler | ✗ Yes _____ No |
| Troncale | ✗ Yes _____ No |
| Martello | ✗ Yes _____ No |

13

**SPECIAL VERDICT FORM**

## IV. CLAIM 4: AXOS BANK'S CLAIM FOR NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE AGAINST ALL DEFENDANTS

1. Did Axos have an economic relationship(s) with customer(s) or prospective customer(s), that probably would have resulted in an economic benefit to Axos?

   __X__ Yes _____ No

If your answer to question 1 is "Yes," then answer question 2. If you answered "No," then stop here, and move on to section V (Claim 5).

2. Did one or more of the Defendants know or should have known of the prospective economic relationship(s)?

| Nano | __X__ Yes _____ No |
|---|---|
| Hasler | __X__ Yes _____ No |
| Troncale | __X__ Yes _____ No |
| Martello | __X__ Yes _____ No |

If your answer to question 2 is "Yes" as to any Defendant, then answer question 3 as to that Defendant. If you answered "No" as to all Defendants, then stop here, and move on to Section V (Claim 5).

14

**SPECIAL VERDICT FORM**

3. Did one or more of the Defendants know or should have known that the prospective economic relationship(s) would be disrupted if they failed to act with reasonable care?

| Nano Banc | X Yes _____ No |
| Robert Hasler | X Yes _____ No |
| Mark Troncale | X Yes _____ No |
| Shelby Martello | X Yes _____ No |

If your answer to question 3 is "Yes" as to any Defendant, then answer question 4 as to that Defendant. If you answered "No" as to all Defendants, then stop here, and move on to Section V (Claim 5).

4. Did one or more of the Defendants fail to act with reasonable care?

| Nano Banc | X Yes _____ No |
| Robert Hasler | X Yes _____ No |
| Mark Troncale | X Yes _____ No |
| Shelby Martello | X Yes _____ No |

If your answer to question 4 is "Yes" as to any Defendant, then answer question 5 as to that Defendant. If you answered "No" as to all Defendants, then stop here, and move on to Section V (Claim 5).

5. Did one or more of the Defendants engage in wrongful conduct?

| Nano Banc | X Yes _____ No |
| Robert Hasler | X Yes _____ No |
| Mark Troncale | X Yes _____ No |
| Shelby Martello | X Yes _____ No |

15

**SPECIAL VERDICT FORM**

If your answer to question 5 is "Yes" as to any Defendant, then answer question 6 as to that Defendant.  If you answered "No" as to all Defendants, then stop here, and move on to Section V (Claim 5).

6.  Was one or more of Axos's prospective economic relationships between it and its customer(s) or potential customer(s) disrupted?

| Nano Banc | X  Yes _____ No |
|---|---|
| Robert Hasler | X  Yes _____ No |
| Mark Troncale | X  Yes _____ No |
| Shelby Martello | X  Yes _____ No |

If your answer to question 6 is "Yes" as to any Defendant, then answer question 7 as to that Defendant.  If you answered "No" as to all Defendants, then stop here, and move on to Section V (Claim 5).

7.  Was Axos damaged?

| Nano Banc | X  Yes _____ No |
|---|---|
| Robert Hasler | X  Yes _____ No |
| Mark Troncale | X  Yes _____ No |
| Shelby Martello | X  Yes _____ No |

If your answer to question 7 is "Yes" as to any Defendant, then answer question 8 as to that Defendant.  If you answered "No" as to all Defendants, then stop here, and move on to Section V (Claim 5).

16

**SPECIAL VERDICT FORM**

8. Was one or more of the Defendants' conduct a substantial factor in causing damage to Axos?

| Nano | ___✗___ Yes _____ No |
|---|---|
| Hasler | ___✗___ Yes _____ No |
| Troncale | ___✗___ Yes _____ No |
| Martello | ___✗___ Yes _____ No |

If your answer to question 8 is "Yes" as to any Defendant, then answer question 9 as to that Defendant. If you answered "No" as to all Defendants, then stop here, and move on to Section V (Claim 5).

9. What are Axos' damages? Plaintiff seeks the same amount of damages for this Claim as requested in the previous Claim(s), but under a different theory of liability. You may find damages under this theory even if you found no damages for a prior theory. If you decide to award damages for this Claim, and you also decided to award damages for a previous Claim, Plaintiff will not receive a double recovery.

| Against Nano | $ 7 million |
|---|---|
| Against Hasler | $ 5 million |
| Against Troncale | $ 7 million |
| Against Martello | $ 1 million |

17

**SPECIAL VERDICT FORM**

1  V.  **CLAIM 5: AXOS BANK'S CLAIM FOR BREACH OF CONTRACT**
2      **AGAINST ROBERT HASLER**
3
4      1.  Did Axos and Hasler enter into one or more contracts?
5
6
| Confidentiality Agreement (9/5/12) | ✗ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (4/1/13) | ✗ Yes _____ No |
| Pay Plan (7/27/17) | ⋏ Yes _____ No |

10
11  If your answer to question 1 is "Yes" for any contract, then answer question 2 for that
12  contract. If you answered "No" for all contracts, then stop here, and move on to Section
13  VI (Claim 6).
14
15      2.  Did Axos do all, or substantially all, of the significant things that the contracts
16          required it to do?
17

| Confidentiality Agreement (9/5/12) | ✗ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (4/1/13) | ✗ Yes _____ No |
| Pay Plan (7/27/17) | _____ Yes ⋏ No |

22
23  If your answer to question 2 is "Yes" for any contract, then skip question 3 and answer
24  question 4 for that contract. If you answered "No" for any contract, then answer
25  question 3 for that contract.
26
27
28

18

**SPECIAL VERDICT FORM**

3. Was Axos excused from having to do all or substantially all of the significant things that the contracts required it to do?

| | |
|---|---|
| Confidentiality Agreement (9/5/12) | _____ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (4/1/13) | _____ Yes _____ No |
| Pay Plan (7/27/17) | _____ Yes __X__ No |

If your answer to question 3 is "Yes" for any contract, then answer question 4 for that contract. If your answer to both questions 2 and 3 was "No" for all contracts, then stop here, and move on to Section VI (Claim 6).

4. Did all the conditions that were required for Hasler's performance occur?

| | |
|---|---|
| Confidentiality Agreement (9/5/12) | __X__ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (4/1/13) | __X__ Yes _____ No |
| Pay Plan (7/27/17) | _____ Yes _____ No |

If your answer to question 4 is "Yes" for any contract, then skip question 5 and answer questions 6 and 7 for that contract. If you answered "No" for any contract, then answer question 5 for that contract.

5. Were the required conditions that did not occur excused or waived?

| | |
|---|---|
| Confidentiality Agreement (9/5/12) | _____ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (4/1/13) | _____ Yes _____ No |
| Pay Plan (7/27/17) | _____ Yes _____ No |

19

**SPECIAL VERDICT FORM**

If your answer to question 5 is "Yes" for any contract, then answer questions 6 and 7 for that contract.  If you answered "No" to both questions 4 and 5 for all contracts, then stop here, and move on to Section VI (Claim 6).

6.  Did Hasler fail to do something that the contracts required him to do?

| Confidentiality Agreement (9/5/12) | ✗ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (4/1/13) | ✗ Yes _____ No |
| Pay Plan (7/27/17) | _____ Yes _____ No |

7.  Did Hasler do something that one or more of the contracts prohibited him from doing?

| Confidentiality Agreement (9/5/12) | ✗ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (4/1/13) | ✗ Yes _____ No |
| Pay Plan (7/27/17) | _____ Yes _____ No |

If your answer to question 6 or 7 (or both) was "Yes" for any contract, then answer question 8 for that contract.  If your answer to question 6 and 7 was "No" for all contracts, stop here, and move on to Section VI (Claim 6).

**SPECIAL VERDICT FORM**

8.  Was Axos damaged by Hasler's breach of contract?

| | |
|---|---|
| Confidentiality Agreement (9/5/12) | X Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (4/1/13) | X Yes _____ No |
| Pay Plan (7/27/17) | _____ Yes _____ No |

If your answer to question 8 was "Yes" for any contract, then answer question 9. If your answer to question 8 was "No" as to all contracts, stop here and move on to Section VI (Claim 6).

9.  What are Axos' damages? Plaintiff seeks the same amount of damages for this Claim as requested in the previous Claims, but under a different theory of liability. You may find damages under this theory even if you found no damages for a prior theory. If you decide to award damages for this Claim, and you also decided to award damages for a previous Claim, Plaintiff will not receive a double recovery.

$ 5 million

**SPECIAL VERDICT FORM**

## VI.    CLAIM 6: AXOS BANK'S CLAIM FOR BREACH OF CONTRACT AGAINST SHELBY MARTELLO (FORMERLY SHELBY POND)

1. Did Axos and Martello enter into one or more contracts?

| | |
|---|---|
| Confidentiality Agreement (7/12/12) | ✗ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (12/1/14) | ✗ Yes _____ No |
| Pay Plan (3/15/18) | ✗ Yes _____ No |
| Code of Conduct (12/1/14) | ✗ Yes _____ No |

If your answer to question 1 is "Yes" for any contract, then answer question 2 as to that contract. If you answered "No" for all contracts, then stop here, go to the last page, and have the Jury Foreperson sign this Verdict Form.

2. Did Axos do all, or substantially all, of the significant things that the contracts required it to do?

| | |
|---|---|
| Confidentiality Agreement (7/12/12) | ✗ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (12/1/14) | ✗ Yes _____ No |
| Pay Plan (3/15/18) | ✗ Yes _____ No |
| Code of Conduct (12/1/14) | ✗ Yes _____ No |

If your answer to question 2 is "Yes" for any contract, then skip question 3 and answer question 4 for that contract. If you answered "No" for any contract, then answer question 3 for that contract.

22

**SPECIAL VERDICT FORM**

3. Was Axos excused from having to do all or substantially all of the significant things that the contracts required it to do?

| | |
|---|---|
| Confidentiality Agreement (7/12/12) | \_\_\_\_\_ Yes \_\_\_\_\_ No |
| Confidentiality and Non-Disclosure Agreement (12/1/14) | \_\_\_\_\_ Yes \_\_\_\_\_ No |
| Pay Plan (3/15/18) | \_\_\_\_\_ Yes \_\_\_\_\_ No |
| Code of Conduct (12/1/14) | \_\_\_\_\_ Yes \_\_\_\_\_ No |

If your answer to question 3 is "Yes" for any contract, then answer question 4 for that contract. If your answer to both questions 2 and 3 was "No" for all contracts, then stop here, go to the last page, and have the Jury Foreperson sign this Verdict Form.

4. Did all the conditions that were required for Martello's performance occur?

| | |
|---|---|
| Confidentiality Agreement (7/12/12) | X Yes \_\_\_\_\_ No |
| Confidentiality and Non-Disclosure Agreement (12/1/14) | X Yes \_\_\_\_\_ No |
| Pay Plan (3/15/18) | X Yes \_\_\_\_\_ No |
| Code of Conduct (12/1/14) | X Yes \_\_\_\_\_ No |

If your answer to question 4 is "Yes" for any contract, then skip question 5 and answer questions 6 and 7 for that contract. If you answered "No" for any contract, then answer question 5 for that contract.

23

**SPECIAL VERDICT FORM**

5.  Were the required conditions that did not occur excused or waived?

| | |
|---|---|
| Confidentiality Agreement (7/12/12) | _____ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (12/1/14) | _____ Yes _____ No |
| Pay Plan (3/15/18) | _____ Yes _____ No |
| Code of Conduct (12/1/14) | _____ Yes _____ No |

If your answer to question 5 is "Yes" for any contract, then answer questions 6 and 7 for that contract.  If you answered "No" to both questions 4 and 5 for all contracts, then stop here, go to the last page, and have the Jury Foreperson sign this Verdict Form.

6.  Did Martello fail to do something that the contracts required her to do?

| | |
|---|---|
| Confidentiality Agreement (7/12/12) | ___X___ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (12/1/14) | ___X___ Yes _____ No |
| Pay Plan (3/15/18) | ___X___ Yes _____ No |
| Code of Conduct (12/1/14) | ___X___ Yes _____ No |

7.  Did Martello do something that one or more of the contracts prohibited her from doing?

| | |
|---|---|
| Confidentiality Agreement (7/12/12) | ___X___ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (12/1/14) | ___X___ Yes _____ No |
| Pay Plan (3/15/18) | ___X___ Yes _____ No |
| Code of Conduct (12/1/14) | ___X___ Yes _____ No |

**SPECIAL VERDICT FORM**

If your answer to question 6 or 7 (or both) was "Yes" for any contract, then answer question 8 for that contract. If your answer to question 6 and 7 was "No" for all contracts, then stop here, go to the bottom of the page, and have the Jury Foreperson sign this Verdict Form.

8.  Was Axos damaged by Martello's breach of contract?

| | |
|---|---|
| Confidentiality Agreement (7/12/12) | ✗ Yes _____ No |
| Confidentiality and Non-Disclosure Agreement (12/1/14) | ✗ Yes _____ No |
| Pay Plan (3/15/18) | ✗ Yes _____ No |
| Code of Conduct (12/1/14) | ✗ Yes _____ No |

If your answer to question 8 was "Yes" for any contract, then answer question 9. If your answer to question 8 was "No" as to all contracts, then stop here, go to the bottom of the page, and have the Jury Foreperson sign this Verdict Form.

9.  What are Axos' damages? Plaintiff seeks the same amount of damages for this Claim as requested in the previous Claim, but under a different theory of liability. You may find damages under this theory even if you found no damages for a prior theory. If you decide to award damages for this Claim, and you also decided to award damages for a previous Claim, Plaintiff will not receive a double recovery.

$ 1 million

**Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.**



Dated May 7th, 2025          Signed Juror No. 8 _____

Jury Foreperson

25

**SPECIAL VERDICT FORM**