**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank, | Case No.: 5:19-cv-02092-JGB-SHKx |
| Plaintiff, | [Assigned to the Hon. Jesus G. Bernal] |
| v. | **ORDER GRANTING PLAINTIFF AXOS BANK'S *EX PARTE* APPLICATION TO STRIKE DEFENDANTS' RULE 50 MOTION OR IN THE ALTERNATIVE, RESET THE HEARING ON AT LEAST 28 DAYS' NOTICE AS REQUIRED BY LOCAL RULE 6-1** |
| NANO BANC, a California corporation; *et al.*, | |
| Defendants. | |

**ORDER**

Having considered Plaintiff Axos Bank's ("Plaintiff" or "Axos") Ex Parte Application to Strike Defendants' Rule 50 Motion, or in the Alternative, Reset the Hearing on at Least 28 Days' Notice as Required by Local Rule 6-1 (Dkt. No. 308), and Defendants Ex Parte Application to Set a Hearing on Defendants' Amended Renewed Motion for Judgment as A Matter of Law (Dkt. No. 311), and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Ex Parte (Dkt. No. 308) is **GRANTED**.
2. Defendants' Renewed Rule 50 Motion (Dkt. Nos. 306, 307) is hereby **STRICKEN**.
3. Defendants Ex Parte (Dkt. No. 311) is **DENIED.**

**IT IS SO ORDERED.**

Date: May 16, 2025

Honorable Jesus G. Bernal
United States District Judge

2
**ORDER**