UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | EDCV19-02092-JGB(SHKx) |
| Title: | AXOS BANK v. NANO BANC, et al |
| Date | May 20, 2025 |

Present: The Honorable    Jesus G. Bernal, U.S. District Judge

| Maynor Galvez | Phyllis A. Preston |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Christian N. Goodrich | Isaac R. Zfaty |
| Ryan Q. Keech/Z. Timm | Jonathan Yank |
| Connor Meggs | |

\_\_\_\_ Day Court Trial    10th (Second Phase) Day Jury Trial

\_\_\_\_ One day trial:    \_\_\_\_ Begun (1st day);    \_\_\_\_ Held & Continued;    **X** Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by    Plaintiff and Defendant.

**X** Witnesses called, sworn and testified.    **X** Exhibits Identified    **X** Exhibits admitted.

**X** Plaintiff(s) rest.    **X** Defendant(s) rest.

**X** Closing arguments made by    **X** plaintiff(s)    **X** defendant(s).    \_\_\_\_ Court instructs jury.

**X** Bailiff(s) sworn.    **X** Jury retires to deliberate.    \_\_\_\_ Jury resumes deliberations.

**X** Jury Verdict in favor of    \_\_\_\_ plaintiff(s)    **X** defendant(s) is read and filed.

**X** Jury polled.    \_\_\_\_ Polling waived.

**X** Filed Witness & Exhibit Lists    **X** Filed jury notes.    **X** Filed jury instructions.

\_\_\_\_ Judgment by Court for    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).

**X** Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_\_ plaintiff(s)    **X** defendant(s).

\_\_\_\_ Case submitted.    \_\_\_\_ Briefs to be filed by

\_\_\_\_ Motion to dismiss by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

**X** Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

\_\_\_\_ Case continued to _____ for further trial- second phase. .

**X** Other:    All exhibits and depositions were returned to counsel.

5 : 00

Initials of Deputy Clerk    mg