# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>Plaintiff,<br><br>vs.<br><br>NANO BANC, a California corporation, *et al.*,<br><br>Defendants. | Case No.: 5:19-cv-02092-JGB-SHKx<br><br>**SPECIAL VERDICT FORM (PHASE II – PUNITIVE DAMAGES)**<br><br>Jury Trial, Phase I:   April 22, 2025<br>Jury Trial, Phase II:  May 20, 2025 |

## SPECIAL VERDICT FORM

**Instructions:** When answering the following questions and filling out this Special Verdict Form, please follow the directions provided. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions provided to you. Please refer to the Jury Instructions if you are unsure about the meaning of any legal term that appears in the questions below.

## JURY VERDICT

We, the jury in the above-entitled action, unanimously find by clear and convincing evidence, the following with regard to the causes of action brought by Plaintiff Axos Bank:

Answer the questions in all sections below. The following defined terms are used: Plaintiff Axos Bank ("Axos"), Defendants Nano Banc ("Nano"), Robert Hasler ("Hasler"), Mark Troncale ("Troncale"), and Shelby Martello ("Martello") (collectively, "Defendants"). Then, the foreperson of the jury must sign and date this verdict form at the bottom.

This verdict form has 3 questions. You should answer each of the three questions for each Defendant. If you do not award punitive damages against any one or more of the Defendants for any of the Claims discussed below, enter $0 for that Defendant.

I. **CLAIM 1: AXOS BANK'S CLAIM FOR MISAPPROPRIATION OF TRADE SECRETS (18 U.S.C. § 1836) AGAINST ALL DEFENDANTS**

1. What punitive damages do you award against each Defendant, if any?

| | |
|---|---|
| Nano | $0 |
| Hasler | $0 |
| Troncale | $0 |
| Martello | $0 |

II. **CLAIM 2: AXOS BANK'S CLAIM FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS AGAINST ALL DEFENDANTS**

1. What punitive damages do you award against each Defendant, if any? If you decide to award punitive damages for this claim, and you also decided to award punitive damages for a previous Claim, Plaintiff will not receive a double recovery.

1

**SPECIAL VERDICT FORM**

| Nano | $0 |
|---|---|
| Hasler | $0 |
| Troncale | $0 |
| Martello | $0 |

### III. CLAIM 3: AXOS BANK'S CLAIM FOR INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE AGAINST ALL DEFENDANTS

1. What punitive damages do you award against each Defendant, if any? If you decide to award punitive damages for this claim, and you also decided to award punitive damages for a previous Claim, Plaintiff will not receive a double recovery.

| Nano | $0 |
|---|---|
| Hasler | $0 |
| Troncale | $0 |
| Martello | $0 |

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

Dated **5/20/25**

Signed ███████████████

Juror No. 8

Jury Foreperson

2

**SPECIAL VERDICT FORM**