JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>            Plaintiff,<br><br>vs.<br><br>NANO BANC, a California corporation, et al.<br><br>            Defendants. | Case No.: 5:19-cv-02092-JGB-SHKx<br><br>**PARTIAL FINAL JUDGMENT ON JURY VERDICT** |

**PARTIAL FINAL JUDGMENT ON JURY VERDICT**

On May 7, 2025, after hearing the evidence, the arguments of counsel, and instructions of the Court, the jury empaneled in the above-captioned case returned into court with its verdict on Plaintiff Axos Bank's ("Axos" or "Plaintiff") claims 1, 2, 3, 4, 5, and 7.[1]  (DE 305.)  The second phase regarding punitive damages came for trial on May 20, 2025, and on the same day, the jury returned its verdict.  (DE 342.)

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

Pursuant to Federal Rule of Evidence 54, there is no just reason for delay in entering partial final judgment.

Judgment is entered in favor of Axos and against Defendants Nano Banc, Robert Hasler, Mark Troncale, and Shelby Martello, formerly known as Shelby Pond, (collectively, the "Defendants") as follows:

A. All Defendants are liable to Axos on its claims for (1) misappropriation of trade secrets in violation of the Federal Defend Trade Secrets Act at 18 U.S.C. § 1836, *et seq.*, and that the trade secrets were willfully and maliciously misappropriated under 18 U.S.C. § 1836(b)(3)(C)-(D) (claim 1); (2) intentional interference with contractual relations, and that Defendants acted with malice, oppression, or fraud (claim 2); (3) intentional interference with prospective economic advantage, and that Defendants acted with malice, oppression, or fraud (claim 3); and (4) negligent interference with prospective economic advantage (claim 4).  Additionally, Defendant Robert Hasler is liable to Axos for breach of contract (claim 5), and Defendant Shelby Martello is liable to Axos for breach of contract (claim 7).

---

[1] The claims identified in this partial final judgment correspond with the claims as numbered in the Second Amended Complaint.  (DE 83.)  Claim 7 in the Second Amended Complaint was numbered as claim 6 on the verdict form.

**PARTIAL FINAL JUDGMENT ON JURY VERDICT**

B. Axos is awarded $14,000,000 in damages from Defendant Nano Banc (claim 1: $7,000,000 in lost profits and $7,000,000 in unjust enrichment; claims 2, 3, and 4: $7,000,000 in damages).

C. Axos is awarded $10,000,000 in damages from Defendant Robert Hasler (claim 1: $5,000,000 in lost profits and $5,000,000 in unjust enrichment; claims 2, 3, 4, and 5: $5,000,000 in damages).

D. Axos is awarded $14,000,000 in damages from Defendant Mark Troncale (claim 1: $7,000,000 in lost profits and $7,000,000 in unjust enrichment; claims 2, 3, and 4: $7,000,000 in damages).

E. Axos is awarded $2,000,000 in damages from Defendant Shelby Martello (claim 1: $1,000,000 in lost profits and $1,000,000 in unjust enrichment; claims 2, 3, 4, and 7: $1,000,000 in damages).

The Court shall decide all issues involving attorney's fees, costs, expenses, equitable and injunctive relief, prejudgment interest, and post-judgment interest by post-verdict motion(s). The Court shall further decide all issues involving Axos's claim for Violations of California's Unfair Competition Law, including what, if any, additional remedies Axos may be entitled to, by post-verdict motion(s).

**IT IS SO ORDERED. JUDGMENT IS DEEMED ENTERED AS OF THE DATE SET FORTH BELOW.**

Date: July 31, 2025

Honorable Jesus G. Bernal
United States District Judge

3

**PARTIAL FINAL JUDGMENT ON JURY VERDICT**