**MUCH SHELIST, P.C.**
ISAAC R. ZFATY, State Bar No. 214987
JONATHAN D. YANK, State Bar No. 215495
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
Telephone: (949) 767-2200
Facsimile: (949) 385-5355
IZfaty@muchlaw.com
JYank@muchlaw.com

Attorneys for Defendants NANO BANC, ROBERT HASLER, MARK TRONCALE, AND SHELBY POND

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>Plaintiff,<br><br>vs.<br><br>NANO BANC, a California corporation; ROBERT HASLER, an individual; MARK TRONCALE, an individual; SHELBY POND, an individual; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 5:19-cv-02092-JGB-SHKx<br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Shashi H. Kewalramani<br><br>**DEFENDANTS NANO BANC, ROBERT HASLER, MARK TRONCALE AND SHELBY POND'S RESPONSE TO PLAINTIFF AXOS BANK'S REQUEST FOR ORDER RE BRIEFING SCHEDULE RE AXOS'S UCL CLAIM AND EQUITABLE RELIEF [DOCKET ENTRY NO. 367]**<br><br>Action Filed: October 31, 2019<br>Trial Date: April 22, 2025 |

**DEFENDANTS' RESPONSE TO AXOS' REQUEST FOR ORDER RE BRIEFING SCHEDULE**

1  Defendants Nano Banc, Mark Troncale, Robert Hasler and Shelby pond
2  (collectively, "Defendants") respectfully provide the following response to Axos's
3  request for briefing schedule on its 17200 claims (Docket Entry No. 367):

4  Defendants are unsure what Axos is requesting with this proposed briefing
5  schedule, which makes it difficult to fully respond.  While Defendants are certainly
6  not interesting in wasting time (or the Court's resources) with a full evidentiary
7  hearing on Axos's 17200 claims, Axos has not indicated what it wants in the "next
8  phase" of this trial, or why it can/should receive that by way of a briefing schedule
9  (as opposed to an evidentiary hearing).

10 Defendants will certainly evaluate any brief submitted by Axos but they are
11 not in a position at this point to assess what Axos wants to do from an evidentiary
12 standpoint – and therefore cannot assess their own plan for dealing with such in
13 Phase III.

14 Assuming that Axos has something in mind that would obviate a trial with
15 witness testimony and documentary evidence: the timing of the proposed briefing
16 schedule leaves Defendants at something of a loss as to what is appropriate.  If, for
17 instance, Axos files a simple brief with little evidence for the Court and Defendants
18 to evaluate, Defendants can likely respond within Axos's proposed schedule.  On
19 the other hand, if Axos intends to put before the Court hundreds of pages of trial
20 testimony, trial exhibits, etc. Defendants will need more time to respond.

22 DATED: September 8, 2025                    MUCH SHELIST, P.C.

25                                                               /s/   Isaac R. Zfaty
                                                              ISAAC R. ZFATY
26                                                            JONATHAN YANK
                                                              Attorneys for Defendants NANO BANC,
27                                                            ROBERT HASLER, MARK TRONCALE,
28                                                            AND SHELBY POND

- 1 -

**DEFENDANTS' RESPONSE TO AXOS' REQUEST FOR ORDER RE BRIEFING SCHEDULE**