**MUCH SHELIST, P.C.**
Isaac R. Zfaty, State Bar No. 214987
Jonathan D. Yank, State Bar No. 215495
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
Telephone: 949.767.2200
Facsimile: 949.385.5355
IZfaty@muchlaw.com
JYank@muchlaw.com

Attorneys for Defendants NANO BANC,
ROBERT HASLER, MARK TRONCALE AND SHELBY POND

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>Plaintiff,<br><br>v.<br><br>NANO BANC, a California corporation; ROBERT HASLER, an individual; MARK TRONCALE, an individual; SHELBY POND, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-02092-JGB-SHKx<br><br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Kenly Kiya Kato<br><br>**DEFENDANTS NANO BANC'S NOTICE OF UNTAKING PURSUANT TO FRCP 62 AND STAY OF ENFORCEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please be advised that Defendant Nano Banc ("Nano") has, pursuant to Federal Rule of Civil Procedure Rule 62, has posted a bond in the amount of Seventeen Million Five Hundred Seventy-Four Thousand Three Hundred Thirty-Five Dollars ($17,574,335.00 USD). A true and correct copy of the undertaking documentation is attached hereto as Exhibit 1.

DATED: October 6, 2025                    MUCH SHELIST, P.C.

/s/ Isaac R. Zfaty

By:_____
Isaac R. Zfaty
Jonathan D. Yank
Attorneys for Defendants NANO BANC, ROBERT HASLER, MARK TRONCALE AND SHELBY POND