**MUCH SHELIST, P.C.**
Isaac R. Zfaty, State Bar No. 214987
Jonathan D. Yank, State Bar No. 215495
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
Telephone: 949.767.2200
Facsimile: 949.385.5355
IZfaty@muchlaw.com
JYank@muchlaw.com

Attorneys for Defendants NANO BANC,
ROBERT HASLER, MARK TRONCALE AND SHELBY POND

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>               Plaintiff,<br><br>    v.<br><br>NANO BANC, a California corporation; ROBERT HASLER, an individual; MARK TRONCALE, an individual; SHELBY POND, an individual; and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No.: 5:19-cv-02092-JGB-RAOx<br><br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Rozelle A. Oliver<br><br>**DEFENDANT NANO BANC'S MOTION FOR APPROVAL OF BOND AND STAY OF ENFORCEMENT PURSUANT TO FRCP 62**<br><br>Date: November 24, 2025<br>Time: 9:00 a.m. |

MUCH SHELIST, P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CALIFORNIA 92660

MUCH SHELIST, P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CALIFORNIA 92660

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 24, 2025 at 9:00 a.m. in the Central District of California, Eastern Division located at 3470 Twelfth Street, Riverside, CA 92501, Defendant Nano Banc ("Nano") will move the Court and hereby does respectfully submit this Motion For Approval of Bond and Stay of Enforcement Pursuant to FRCP 62. As set forth in the accompanying Memorandum of Points and Authorities, As of Monday, October 6, Defendant Nano Banc ("Nano") has, pursuant to Federal Rule of Civil Procedure Rule 62, posted a bond in the amount of Seventeen Million Five Hundred Seventy-Four Thousand Three Hundred Thirty-Five Dollars ($17,574,335.00 USD). This amount is equal to one hundred twenty-five percent (125%) of the judgment amount. A true and correct copy of the undertaking documentation is attached as Exhibit 1 to the accompanying Declaration of Isaac R. Zfaty.

Plaintiff complied with Local Rule 7-3's meet-and-confer requirements. On Monday, October 6, 2025 at 11:58 a.m., Nano's counsel Isaac R. Zfaty sent an e-mail articulating the purpose and bases for the present motion, and seeking to meet and confer with Plaintiff's counsel about the substance of this request. In response, Plaintiff's counsel has indicated Plaintiff is unwilling to stipulate to a bond of less than 150% of the Judgment amount. (Zfaty Decl., ¶ 3) As such, Defendant Nano Banc hereby seeks this Court's approval of the Bond.

DATED:  October 22, 2025                     MUCH SHELIST, P.C.

                                             */s/ Isaac R. Zfaty*

                                             By:_____
                                                 Isaac R. Zfaty
                                                 Jonathan D. Yank
                                                 Attorneys for Defendants NANO BANC,
                                                 ROBERT HASLER, MARK TRONCALE
                                                 AND SHELBY POND

- 1 -

**DEFENDANT NANO BANC'S MOTION FOR APPROVAL OF BOND AND STAY OF ENFORCEMENT
PURSUANT TO FRCP 62**

MUCH SHELIST, P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CALIFORNIA  92660

# I. INTRODUCTION

Defendant Nano Banc ("Defendant" or "Nano") respectfully moves this Court for an order approving a supersedeas bond in connection with the $14,000,000 judgment entered against it on July 31, 2025. The bond, in the amount of $17,574,335.00, represents 125% of the total judgment (the "Bond") against Nano, in accordance with the requirements of Federal Rule of Civil Procedure 62(b) and this Court's practice ensuring full security for the judgment, interest, and costs pending appeal. Plaintiff's insistence that a bond of 150% of the Judgment is somehow necessary here is without merit. Accordingly, Nano seeks immediate approval of the Bond and corresponding stay of enforcement.

## II. BACKGROUND

On July 31, 2025 the Court entered judgment in favor of Plaintiff and against Defendant Nano Banc in the amount of $14,000,000. Defendant timely filed its Notice of Appeal on September 2, 2025 (DE 369), seeking review of the judgment by the United States Court of Appeals for the Ninth Circuit. In order to stay execution of the judgment pending appeal, Defendant has obtained and posted a supersedeas bond in the amount of $17,574,335.00, issued by U.S. Specialty Insurance Company, a surety authorized to issue bonds in the State of California and approved by the U.S. Department of the Treasury. The bond was filed with the Court on Monday, October 6, 2025 (DE  402) and a true and correct copy of the Bond is attached to the Declaration of Isaac R. Zfaty as Exhibit 1. A Certificate of Attorney executed by Isaac R. Zfaty is included and submitted concurrently herewith.

The Bond amount is equal to 125% of the Judgment against Nano. While that is typically sufficient, there is an added layer of sufficiency here. As set forth in Defendant Nano Banc's Rule 59 Motion (DE 366), and as declared under penalty of perjury by the jury foreperson in this case (DE 366-2), the Judgment was erroneously entered for twice the amount the jury intended. The jury's intended

- 2 -

MUCH SHELIST, P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CALIFORNIA 92660

1  verdict against Nano Banc, according to the sworn statement of the jury foreperson,

2  was only $7,000,000. In that event, the Bond is more than 200% of the corrected

3  judgment amount.

4  Plaintiff, however, has indicated it will not stipulate to a bond amount of

5  less than 150%. Plaintiff Axos has also issued a Notice of Levy for execution of the

6  Judgment. (Zfaty Decl., ¶4.) Given the Bond's existence, Axos should not be

7  permitted to continue collection activity against Nano assets. Accordingly,

8  Defendant Nano seeks the Court's immediate approval of the Bond.

9  ### III. LEGAL ANALYSIS

10  Under Federal Rule of Civil Procedure 62(b), a party may obtain a stay of

11  execution of a judgment pending appeal by providing a bond or other security

12  approved by the Court. The purpose of the supersedeas bond is to preserve the

13  status quo while protecting the judgment creditor's ability to collect the judgment

14  after appeal, should the judgment be affirmed. *Rachel v. Banana Republic, Inc.*, 831

15  F.2d 1503, 1505 n.1 (9th Cir. 1987).

16  The amount of the bond typically covers the judgment plus interest,

17  costs, and potential damages for delay, often set at 125% of the judgment amount to

18  ensure full coverage. Here, Defendant's supersedeas bond satisfies all requirements

19  of Rule 62(b) and the Local Rules:

20  • **Adequate Amount:** The bond is 125% of the judgment, sufficient to

21  secure Plaintiff's recovery of the full amount, interest, and costs if the

22  judgment is affirmed. Moreover, given the sworn declaration of the jury

23  foreperson that the Judgment entered is actually twice that intended by the

24  jury (filed in support of Defendant Nano's Rule 59 Motion), the current

25  Bond amount is more than double that typically required.

26  • **Qualified Surety:** The bond was issued by a qualified surety authorized in

27  the State of California and appearing on the U.S. Treasury Department's

28  list of approved sureties.

- 3 -

- **Filed with the Court:** Defendant has filed the original bond instrument with the Court (DE 402) and served copies on all parties.

Accordingly, Defendant respectfully requests that the Court approve the bond and enter an order staying execution of the judgment pending appeal.

## V. <u>CONCLUSION</u>

For the foregoing reasons, Defendant **Nano Banc** respectfully requests that the Court:

1.    **Approve** Defendant's supersedeas bond in the amount of $17,574,335.00; and

2.    **Stay execution** of the Judgment entered against Defendant Nano on July 31, 2025 pending the resolution of Defendant's appeal.


DATED:  October 22, 2025          MUCH SHELIST, P.C.

                                                       */s/ Isaac R. Zfaty*

                                  By:_____
                                       Isaac R. Zfaty
                                       Jonathan D. Yank
                                       Attorneys for Defendants NANO BANC,
                                       ROBERT HASLER, MARK TRONCALE
                                       AND SHELBY POND

MUCH SHELIST, P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CALIFORNIA 92660

- 4 -

**DEFENDANT NANO BANC'S MOTION FOR APPROVAL OF BOND AND STAY OF ENFORCEMENT PURSUANT TO FRCP 62**

1

## CERTIFICATE OF WORD COUNT

2    The undersigned, counsel of record for Defendant Nano Banc ("Defendant")

3   certifies that this brief contains 717 words, which complies with the word limit of

4   L.R. 11-6.1.

5

6   DATED: October 22, 2025          MUCH SHELIST, P.C.

7

8                                    */s/ Isaac R. Zfaty*

9                                    ISAAC R. ZFATY
                                     JONATHAN YANK
10                                   Attorneys for Defendants NANO BANC,
11                                   ROBERT HASLER, MARK TRONCALE,
                                     AND SHELBY POND
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUCH SHELIST, P.C.
660 NEWPORT CENTER DRIVE, SUITE 900
NEWPORT BEACH, CALIFORNIA 92660

- 5 -

**DEFENDANT NANO BANC'S MOTION FOR APPROVAL OF BOND AND STAY OF ENFORCEMENT
PURSUANT TO FRCP 62**