**MUCH SHELIST, P.C.**
Isaac R. Zfaty, State Bar No. 214987
Jonathan D. Yank, State Bar No. 215495
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
Telephone: 949.767.2200
Facsimile: 949.385.5355
IZfaty@muchlaw.com
JYank@muchlaw.com

Attorneys for Defendants NANO BANC,
ROBERT HASLER, MARK TRONCALE AND SHELBY POND

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NANO BANC, a California corporation; ROBERT HASLER, an individual; MARK TRONCALE, an individual; SHELBY POND, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 5:19-cv-02092-JGB-RAOx<br><br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>**DEFENDANTS NANO BANC'S NOTICE OF WITHDRAWAL OF *EX PARTE* APPLICATION FOR APPROVAL OF BOND AND STAY OF ENFORCEMENT PURSUANT TO FRCP 62 [DKT. NO. 404]** |

**DEFENDANT NANO BANC'S NOTICE OF WITHDRAWAL OF *EX PARTE* APPLICATION FOR APPROVAL OF BOND AND STAY OF ENFORCEMENT PURSUANT TO FRCP 62**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Nano Banc ("Nano") hereby withdraws its *Ex Parte* Application For Approval of Bond and Stay of Enforcement Pursuant to FRCP 62 filed on October 8, 2025 [Dkt. No. 404].

DATED:  October 24, 2025         MUCH SHELIST, P.C.

                                                    */s/ Isaac R. Zfaty*

By:_____
    Isaac R. Zfaty
    Jonathan D. Yank
    Attorneys for Defendants NANO BANC,
    ROBERT HASLER, MARK TRONCALE
    AND SHELBY POND

- 1 -

**DEFENDANT NANO BANC'S NOTICE OF WITHDRAWAL OF *EX PARTE* APPLICATION FOR APPROVAL OF BOND AND STAY OF ENFORCEMENT PURSUANT TO FRCP 62**

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I declare that I am over the age of eighteen (18) and not a party to the within action. My business address is 660 Newport Center Drive, Suite 900, Newport Beach, CA 92660.

On **October 24, 2025**, I served the foregoing documents described as: **DEFENDANTS NANO BANC'S NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION FOR APPROVAL OF BOND AND STAY OF ENFORCEMENT PURSUANT TO FRCP 62 [DKT. NO. 404]** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached service list.

( )  **BY MAIL** - I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the United Postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served service is presumed invalid if postal cancellation or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

( )  **BY OVERNIGHT DELIVERY** - I deposited such envelope for collection and delivery by a well-known overnight delivery service, i.e., Federal Express or GLS with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express and GLS for receipt on the same day in the ordinary course of business.

( X )  **BY ELECTRONIC TRANSMISSION** - I transmitted a .pdf version of this document by electronic mail to the interested parties at the email addresses identified on the attached service list.

( X )  **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 24, 2025**, at Newport Beach, California.

*/s/ Jacqueline Nguyen*
_____
Jacqueline Nguyen


**SERVICE LIST**

*AXOS Bank vs. Nano Banc, a California corporation, et al*
Case No.: 5:19-vc-02092-JGB-SHKx

**K&L Gates LLP**
Christina N. Goodrich, Esq.
Zachary T. Timm, Esq.
Lauren Elvick, Esq.
Rebecca Makitalo, Esq.
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Tel: (310) 552-5000
Fax: (310) 552-5001
Email: christina.goodrich@klgates.com; zach.timm@klgates.com; Lauren.elvick@klgates.com; ryan.keech@klgates.com; litigation.docketing@klgates.com; jonathan.randolph@klgates.com; cassidy.young@klgates.com; amy.portillo@klgates.com; rachel.berman@klgates.com; connor.meggs@klgates.com; katy.ramos@klgates.com; rebecca.makitalo@klgates.com
**Attorneys for Plaintiff AXOS BANK**