# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank, | Case No.: 5:19-cv-02092-JGB-SHKx |
| Plaintiff, | |
| vs. | **AMENDED PARTIAL FINAL JUDGMENT ON JURY VERDICT AND POST-VERDICT ORDERS** |
| NANO BANC, a California corporation, et al. | |
| Defendants. | |

On May 7, 2025, after hearing the evidence, the arguments of counsel, and instructions of the Court, the jury empaneled in the above-captioned case returned into court with its verdict on Plaintiff Axos Bank's ("Axos" or "Plaintiff") claims 1, 2, 3, 4, 5, and 7.[1] (DE 305.) The second phase regarding punitive damages came for trial on May 20, 2025, and on the same day, the jury returned its verdict. (DE 342.)

On October 3, 2025, after deciding all issues involving taxable costs, the Clerk of Court issued a Bill of Costs in connection with Axos's Application to the Clerk to Tax Costs. (DE 399.)

On January 22, 2026, the Court granted Axos's Motion for Attorneys' Fees, Non-Taxable Costs, and Pre- and Post-Judgment Interest. (DE 447.)

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

Pursuant to Federal Rule of Evidence 54, there is no just reason for delay in entering partial final judgment.

Judgment is entered in favor of Axos and against Defendants Nano Banc, Robert Hasler, Mark Troncale, and Shelby Martello, formerly known as Shelby Pond, (collectively, the "Defendants") as follows:

## JURY VERDICT

A. All Defendants are liable to Axos on its claims for (1) misappropriation of trade secrets in violation of the Federal Defend Trade Secrets Act at 18 U.S.C. § 1836, *et seq.*, and that the trade secrets were willfully and maliciously misappropriated under 18 U.S.C. § 1836(b)(3)(C)-(D) (claim 1); (2) intentional interference with contractual relations, and that Defendants acted

---

[1] The claims identified in this amended partial final judgment correspond with the claims as numbered in the Second Amended Complaint. (DE 83.) Claim 7 in the Second Amended Complaint was numbered as claim 6 on the verdict form.

2

**AMENDED PARTIAL FINAL JUDGMENT ON JURY VERDICT AND POST-VERDICT ORDERS**

with malice, oppression, or fraud (claim 2); (3) intentional interference with prospective economic advantage, and that Defendants acted with malice, oppression, or fraud (claim 3); and (4) negligent interference with prospective economic advantage (claim 4).  Additionally, Defendant Robert Hasler is liable to Axos for breach of contract (claim 5), and Defendant Shelby Martello is liable to Axos for breach of contract (claim 7).

B. Axos is awarded $14,000,000 in damages from Defendant Nano Banc (claim 1: $7,000,000 in lost profits and $7,000,000 in unjust enrichment; claims 2, 3, and 4: $7,000,000 in damages).

C. Axos is awarded $10,000,000 in damages from Defendant Robert Hasler (claim 1: $5,000,000 in lost profits and $5,000,000 in unjust enrichment; claims 2, 3, 4, and 5: $5,000,000 in damages).

D. Axos is awarded $14,000,000 in damages from Defendant Mark Troncale (claim 1: $7,000,000 in lost profits and $7,000,000 in unjust enrichment; claims 2, 3, and 4: $7,000,000 in damages).

E. Axos is awarded $2,000,000 in damages from Defendant Shelby Martello (claim 1: $1,000,000 in lost profits and $1,000,000 in unjust enrichment; claims 2, 3, 4, and 7: $1,000,000 in damages).

Axos is further awarded post-judgment interest on these amounts at a rate of 4.08%, compounded annually.

## PREJUDGMENT INTEREST

Axos is awarded a total of $11,289,863.01 in prejudgment interest. The Court calculates the prejudgment interest as follows: (1) $40,000,000 (judgment) multiplied by 4.08% (interest rate) equals a total of $1,632,000 (the amount of interest that would accrue per year); (2) $1,632,000 divided by 365 days equals a total of $4,471.23 (the

amount of interest that would accrue daily); (3) $4,471.23[2] multiplied by the 2,525 days that elapsed between September 1, 2018 and July 31, 2025 equals a total of $11,289,863.01.[3]  Each Defendant is individually liable for their respective pro-rata portion of that amount as follows:

 A. Defendant Nano Banc is liable for prejudgment interest in the amount of $3,951,452.06.[4]

 B. Defendant Robert Hasler is liable for prejudgment interest in the amount of $2,822,465.75.

 C. Defendant Mark Troncale is liable for prejudgment interest in the amount of $3,951,452.05.

 D. Defendant Shelby Martello is liable for prejudgment interest in the amount of $564,493.15.

Axos is further awarded post-judgment interest on these amounts at a rate of 4.08%, compounded annually.

## ATTORNEYS' FEES

Axos is further awarded $3,678,542.28 in attorneys' fees against all Defendants jointly and severally.

Axos is further awarded post-judgment interest on this amount at an annual rate of 4.08%, compounded annually.

---

[2] The full figure is 4,471.23287671232876.

[3] The Court rounds down from $11,289,863.013698630.

[4] In rounding each Defendants' respective share of interest, $0.01 is lost when adding each of the Defendants' respective share of prejudgment interest.  Rather than awarding fractional cents against each Defendant or reducing the total award to Axos, the Court corrects for this lost cent by awarding it against Nano, thereby bringing the total amount of prejudgment interest awarded against Nano to $3,951,452.06.

## COSTS

Axos is awarded $170,439.41 in non-taxable costs and disbursements incurred in this action against all Defendants jointly and severally. Axos is also awarded $37,074.94 in taxable costs and disbursements incurred in this action against all Defendants jointly and severally.

Axos is further awarded post-judgment interest on these amounts at an annual rate of 4.08%, compounded annually.

## TOTAL JUDGMENT

Therefore, as of January 23, 2026, Axos is awarded judgment against Defendants in the total amount of $55,175,919.64, plus post-judgment interest to accrue at an annual rate of 4.08%, compounded annually, as follows:

> A. Defendant Nano Banc is individually liable for claims and interest in the amount of $17,951,452.06 ($14,000,000 jury verdict + $3,951,452.06 prejudgment interest), and jointly and severally liable with all Defendants for attorneys' fees and costs in the amount of $3,886,056.63 ($3,678,542.28 attorneys' fees + $37,074.94 taxable costs + $170,439.41 non-taxable costs), **for a total judgment against Defendant Nano Banc in the amount of $21,837,508.69.** Axos is further awarded post-judgment interest to accrue at an annual rate of 4.08% and compounded annually.[5]

---

[5] This is in addition to the post-judgment interest that has already accrued on the jury verdict and taxable costs as noted below.

B. Defendant Robert Hasler is individually liable for claims and interest in the amount of $12,822,465.75 ($10,000,000 jury verdict + $2,822,465.75 prejudgment interest), and jointly and severally liable with all Defendants for attorneys' fees and costs in the amount of $3,886,056.63 ($3,678,542.28 attorneys' fees + $37,074.94 taxable costs + $170,439.41 non-taxable costs), **for a total judgment against Defendant Robert Hasler in the amount of $16,708,522.38**. Axos is further awarded post-judgment interest to accrue at an annual rate of 4.08% and compounded annually.

C. Defendant Mark Troncale is individually liable for claims and interest in the amount of $17,951,452.05 ($14,000,000 jury verdict + $3,951,452.05 prejudgment interest), and jointly and severally liable with all Defendants for attorneys' fees and costs in the amount of $3,886,056.63 ($3,678,542.28 attorneys' fees + $37,074.94 taxable costs + $170,439.41 non-taxable costs), **for a total judgment against Defendant Mark Troncale in the amount of $21,837,508.68.** Axos is further awarded post-judgment interest to accrue at an annual rate of 4.08% and compounded annually.

D. Defendant Shelby Martello is individually liable for claims and interest in the amount of $2,564,493.15 ($2,000,000 jury verdict + $564,493.15 prejudgment interest), and jointly and severally liable with all Defendants for attorneys' fees and costs in the amount of $3,886,056.63 ($3,678,542.28 attorneys' fees + $37,074.94 taxable costs + $170,439.41 non-taxable costs), **for a total judgment against Defendant Shelby Martello in the amount of $6,450,549.78**. Axos is further awarded post-judgment interest to accrue at an annual rate of 4.08% and compounded annually.

# POST-JUDGMENT INTEREST

The Court has already ruled that post-judgment interest began to accrue on the $40,000,000 jury verdict at an annual rate of 4.08% as of July 31, 2025, to be compounded annually. Post-judgment interest shall also accrue on the taxable costs, attorneys' fees and non-taxable costs, and prejudgment interest at the same annual rate of 4.08%, beginning as of the date each item was awarded, and to be compounded annually. As such, post-judgment interest against each Defendant is awarded and will accrue as follows:

| Defendant | Award | Principal Amount | Date of Award | Interest Rate | Value of Daily Interest Prior to Any Compounding |
|---|---|---|---|---|---|
| Nano Banc | Verdict | $14,000,000.00 | 7/31/2025 | 0.0408 | $ 1,564.93 |
| | Attorneys' fees & non-taxable costs | $ 3,848,981.69 | 1/23/2026 | 0.0408 | $ 430.24 |
| | Taxable costs | $ 37,074.94 | 10/3/2025 | 0.0408 | $ 4.14 |
| | Prejudgment Interest | $ 3,951,452.06 | 1/23/2026 | 0.0408 | $ 441.70 |
| Mark Troncale | Verdict | $14,000,000.00 | 7/31/2025 | 0.0408 | $ 1,564.93 |
| | Attorneys' fees & non-taxable costs | $ 3,848,981.69 | 1/23/2026 | 0.0408 | $ 430.24 |
| | Taxable costs | $ 37,074.94 | 10/3/2025 | 0.0408 | $ 4.14 |
| | Prejudgment Interest | $ 3,951,452.05 | 1/23/2026 | 0.0408 | $ 441.70 |
| Robert Hasler | Verdict | $10,000,000.00 | 7/31/2025 | 0.0408 | $ 1,117.81 |
| | Attorneys' fees & non-taxable costs | $ 3,848,981.69 | 1/23/2026 | 0.0408 | $ 430.24 |
| | Taxable costs | $ 37,074.94 | 10/3/2025 | 0.0408 | $ 4.14 |
| | Prejudgment Interest | $ 2,822,465.75 | 1/23/2026 | 0.0408 | $ 315.50 |
| Shelby Martello | Verdict | $ 2,000,000.00 | 7/31/2025 | 0.0408 | $ 223.56 |
| | Attorneys' fees & non-taxable costs | $ 3,848,981.69 | 1/23/2026 | 0.0408 | $ 430.24 |
| | Taxable costs | $ 37,074.94 | 10/3/2025 | 0.0408 | $ 4.14 |
| | Prejudgment Interest | $ 564,493.15 | 1/23/2026 | 0.0408 | $ 63.10 |

Accordingly, as of January 23, 2026, post-judgment interest had already accrued against each Defendant as follows:

    A. As of January 23, 2026, post-judgment interest had already accrued against Defendant Nano Banc in the amount of $275,891.36 ($275,427.68 accrued on the jury verdict since July 31, 2025, and $463.68 accrued on the taxable costs since October 3, 2025).  Post-judgment interest will continue to accrue from January 23, 2026, until the date that the judgment is paid in full at a rate of 4.08%, compounded annually.

    B. As of January 23, 2026, post-judgment interest had already accrued against Defendant Mark Troncale in the amount of $275,891.36 ($275,427.68 accrued on the jury verdict since July 31, 2025, and $463.68 accrued on the taxable costs since October 3, 2025).  Post-judgment interest will continue to accrue from January 23, 2026, until the date that the judgment is paid in full at a rate of 4.08%, compounded annually.

    C. As of January 23, 2026, post-judgment interest had already accrued against Defendant Robert Hasler in the amount of $197,198.24 ($196,734.56 accrued on the jury verdict since July 31, 2025, and $463.68 accrued on the taxable costs since October 3, 2025).  Post-judgment interest will continue to accrue from January 23, 2026, until the date that the judgment is paid in full at a rate of 4.08%, compounded annually.

D. As of January 23, 2026, post-judgment interest had already accrued against Defendant Shelby Martello in the amount of $39,810.24 ($39,346.56 accrued on the jury verdict since July 31, 2025, and $463.68 accrued on the taxable costs since October 3, 2025). Post-judgment interest will continue to accrue from January 23, 2026, until the date that the judgment is paid in full at a rate of 4.08%, compounded annually.

**IT IS SO ORDERED. JUDGMENT IS DEEMED ENTERED AS OF THE DATE SET FORTH BELOW.**

Date: February 12, 2026

Honorable Jesus G. Bernal
United States District Judge

**AMENDED PARTIAL FINAL JUDGMENT ON JURY VERDICT AND POST-VERDICT ORDERS**